# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| SHAWN CALBOW, | § | |
| Plaintiff | § | |
| | § | CIVIL ACTION NO. 1:11-cv-00345-SS |
| vs. | § | |
| | § | |
| FIRST CREDIT SERVICES, INC., | § | |
| Defendant | § | |

## NOTICE OF SETTLEMENT

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the District Court, Western District of Texas, Austin Division, Plaintiff's Notice of Settlement with all claims pending having been settled. Plaintiff hereby respectfully requests that this Court allow sixty (60) days within which to complete the settlement and to file a Dismissal in this matter. This Court shall retain jurisdiction over this matter until fully resolved.

                Respectfully submitted,

                By: /s/Dennis R. Kurz
                Dennis R. Kurz
                Texas State Bar # 24068183
                Southern District Bar No. 1045205
                Attorney in Charge for Plaintiffs

WEISBERG & MEYERS, L.L.C.
Two Allen Center
1200 Smith Street
16th Floor
Houston, TX 77002
(888) 595-9111 ext. 412
(866) 842-3303 (fax)

## **CERTIFICATE OF SERVICE**

      I certify that on June 22, 2011, I electronically filed the foregoing document with the clerk of the U.S. District Court, Western District of Texas, Austin Division using the electronic case filing system of the court. Notification of the foregoing was sent via the Court's ECF system on June 22, 2011 to:

Ms. Barbara Sinsley
Barron, Newburger, Sinsley & Wier, PLLC
205 Crystal Grove Blvd.
#102
Lutz FL 33548

                                                                      /s/ Dennis R. Kurz
                                                                     Dennis R. Kurz