IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| SHAWN CALBOW, | § | |
| Plaintiff | § | |
| | § | CIVIL ACTION NO. 1:11-cv-00345-SS |
| vs. | § | |
| | § | |
| FIRST CREDIT SERVICES, INC., | § | |
| | § | |
| Defendant | § | |

## JOINT MOTION TO DISMISS WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

**NOW INTO COURT,** the parties to the above captioned action, through their respective attorneys, herby files this Joint Motion to Dismiss the complaint against Defendant First Credit Services, Inc..

### I.

This case has been settled amicably by the parties.

### II.

A Notice of Settlement has been filed with the court.

### III.

For these reasons, the parties ask the court to dismiss this suit with prejudice.

        Respectfully submitted,

        By: /s/ Dennis R. Kurz
        Dennis R. Kurz
        **Attorney for Plaintiff**
        Texas State Bar # 24068183
        WEISBERG & MEYERS, L.L.C.
        Two Allen Center
        1200 Smith Street
        16th Floor
        Houston, TX 77002

        Mark Aschermann
        Barron and Newburger, PC.
        6300 West Loop South
        Suite 341
        Bellaire Texas 77401

        Ed Walton
        Barron, Newburger & Sinsley
        101 Metro Drive, Suite A
        Terrell TX 75160

## CERTIFICATE OF SERVICE

     I certify that on July 19, 2011, I electronically filed the foregoing document with the clerk of the U.S. District Court, Western District of Texas, Austin Division, using the electronic case filing system of the court. Notification was sent electronically via the court's electronic case filing system to counsel of record for Defendant, First Credit Services, Inc. this 19th day of July, 2011., as follows: aschermann.law@swbell.net & attorneyed@gmail.com

        /s/ Dennis R. Kurz
        Dennis R. Kurz