IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| SHAWN CALBOW, | § | CIVIL ACTION |
| Plaintiff | § | |
| | § | |
| vs. | § | No. 1:11-cv-00345-SS |
| | § | |
| FIRST CREDIT SERVICES, INC., | § | |
| | § | JURY |
| Defendant | § | |

### ORDER ON MOTION TO DISMISS WITH PREJUDICE

The court, having considered the parties Joint Motion to Dismiss, GRANTS the Motion and the suit is dismissed with prejudice.

SO ORDERED.

Dated July 24, 2011.

_____
UNITED STATES DISTRICT JUDGE